AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-cr-667 | Date and time warrant executed: 7-25-19 1:20 pm | Copy of warrant and inventory left with: Dining Room Table |
|---|---|---|

Inventory made in the presence of: SA James Duffy

Inventory of the property taken and name of any person(s) seized:

1-Kel Tec .380 Auto - Serial # HKM04
1- Magazine for Kel Tec
7- .380 rounds - ammunition
Mailing label on black bag
I Phone - silver

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-25-19

_____
Executing officer's signature

SA Rod Rape
Printed name and title